■ THEODORE Fox, Plaintiff, v JENNY ENGINEERING CORPORATION et al., Defendants. (And a Third-Party Action.) THEODORE Fox, Appellant, v EVERETT G. WAMBACH et al., Respondents. (Appeal No. 3.)—Order unanimously affirmed, without costs. Same memorandum as in *Fox v Jenny Eng. Corp.* ([Appeal No. 2], 122 AD2d 532). (Appeal from order of Supreme Court, Monroe County, DePasquale, J.—summary judgment.) Present—Dillon, P. J., Doerr, Pine, Lawton and Schnepp, JJ.